**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

MANINDER SINGH,                           )
                                          )
            Petitioner,                   )
                                          )
v.                                        )          Case No. CIV-26-43-J
                                          )
PAMELA BONDI, et al.,                     )
                                          )
            Respondents.                  )

## JUDGMENT

Pursuant to the Order filed this same day, the Court GRANTS Petitioner's habeas petition to the extent it alleges Petitioner's arrest without a warrant violated federal law.  Respondents shall release Petitioner Maninder Singh from custody immediately, subject to an appropriate Order of Supervision.  Respondents shall certify compliance by filing a status report affirming that Petitioner has been released from custody no later than February 27, 2026.

IT IS SO ORDERED this 20th day of February, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE